THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : 3:12-CR-227 |
| | : (JUDGE MARIANI) |
| **RAFAEL POLONIA,** | : |
| | : |
| Defendant. | : |

### ORDER

AND NOW, THIS 3rd DAY OF SEPTEMBER, 2020, upon consideration of Defendant Rafael Polonia's Motion to correct or modify his sentence pursuant to 28 U.S.C. § 2255 (Doc. 46), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Rafael Polonia's Motion is **DENIED**.

2. A Certificate of Appealability shall not issue.

3. The Clerk of Court is directed to **CLOSE** Civil Case No. 3:18-cv-00816-RDM.

Robert D. Mariani
United States District Judge